**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LUEVANO, ARTURO<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-05211 BWB<br><br>JUDGE BRUCE W. BLACK |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE BRUCE W. BLACK
      BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 03/23/07. The Trustee was appointed on 03/23/07. An order for relief under Chapter 7 was entered on 03/23/07.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 8/18/08 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 375,222.26 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 135,905.79 |
| c. NET CASH available for distribution | $ | 239,316.47 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
| 1. Trustee compensation requested (See Exhibit E) | $ | 10,500.47 |
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 3,810.71 |

5. The Bar Date for filing unsecured claims expired on 09/19/07.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 14,311.18 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 9,792.49 |

7. Trustee proposes that unsecured creditors receive a distribution of 100% of allowed claims, plus interest from the date of bankruptcy filing to estimated date of filing of TFR at T-Bill Rate of 4.93%.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $3,810.71. The total of Chapter 7 professional fees and expenses requested for final allowance is $14,311.18. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $400.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 8/18/08   RESPECTFULLY SUBMITTED,

By: /s/Thomas B. Sullivan
   THOMAS B. SULLIVAN, TRUSTEE
   1900 RAVINIA PLACE
   ORLAND PARK, IL  60462
   Telephone # (708) 226-2700

## TRUSTEE TASKS

The trustee conducted a 341 hearing concerning the debtor. Prior to the hearing the Trustee reviewed the schedules and noted the debtor had filed a medical malpractice suite against Our Lady of Resurrection, et al in 2003. This lawsuit was still outstanding and the Trustee filed an asset report.                                                                                          1 HOUR

The Trustee determined it was necessary to retain counsel for representation in this matter and a motion was filed to retain counsel. The Trustee also contacted Thomas Siracusa of Powers, Rogers and Smith, PC. Mr. Siracusa had been retained by the debtor prior to filing the bankruptcy.

After discussion with Mr. Siracusa the Trustee determined that it was in the best interest of the bankruptcy proceeding to retain Mr. Siracusa as special counsel to represent the estate until the matter was concluded. A motion to employ special counsel was filed for Powers, Rogers and Smith, PC to represent the estate and the proper documentation was filed.                                                              8 HOURS

The medical negligence case against Resurrection hospital arose from an occurrence on July 6, 2003.

In March 2008 discussion was held with special counsel concerning a settlement of the outstanding lawsuit. Special counsel requested an estimate from the Trustee concerning the approximate proceeds the debtor would receive after costs of the bankruptcy were calculated. The Trustee and Trustee's counsel estimated that approximately $25,000 or less would be deducted from the settlement from the costs of administering the case and the claims filed.

**The reasonable cost estimate furnished to Mr. Siracusa were a factor in the discussion with special counsel and the Trustee determining a reasonable settlement of $375,000. There were approximately $4,500.00 in special lien claims and about $125,000 in legal fees and costs. The anticipated return to the debtor would be in the range of $215,000.00. The Trustee upon the recommendation of special counsel agreed that $375,000 was a reasonable settlement.**

                                                                **12 HOURS**

**On April 25, 2008 a motion to approve the settlement was filed and approved by the court. After receipt of the settlement of $375,000 with $15,000 exemption was paid to the debtor and the law firm of Power, Rogers and Smith, PC were paid $106,200.00 in fees and $10,192.93 in costs. The three lien claimants were paid as follows, the Rawlings Company, $4,934.58, St. Mary of Nazareth Hospital, $1,000 and Healthcare and Family Services $1,528.28.**

**It was not necessary to retain an accountant for the estate due to the nature of the settlement. A final report has been prepared and filed. Costs of administration and one late filed claim in the amount of $9,156.78 has been allowed and a payment of interest in the amount $635.71 has been allowed. A net surplus of approximately $215,222.80 will be made to the debtor.**                **4 HOURS**

                    **25 HOURS @ $475.00/HOUR = $11,875.00**


                              **EXHBIT A**

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

|  |  |
|---|---|
| TOTAL RECEIPTS | $ 375,222.26 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 4,300.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 18,390.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07B-05211 BWB  
**Case Name:** LUEVANO, ARTURO  

**Period Ending:** 08/18/08

**Trustee:** (330180)   THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 03/23/07 (f)  
**§341(a) Meeting Date:** 05/10/07  
**Claims Bar Date:** 09/19/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING/SAVINGS ACCOUNTS | 130.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 5 | 2005 CHEVROLET | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | MEDICAL MALPRACTICE CASE | Unknown | Unknown | | 375,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 222.26 | Unknown |
| 7 | **Assets** **Totals** (Excluding unknown values) | **$15,990.00** | **$0.00** | | **$375,222.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

EMPLOYED SPECIAL COUNSEL 7/27/07 TO LITIGATE MEDICAL MALPRACTICE CASE

**Initial Projected Date Of Final Report (TFR):** June 30, 2008   **Current Projected Date Of Final Report (TFR):** June 30, 2010

Printed: 08/18/2008 11:16 AM   V.10.54

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 07B-05211 BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | LUEVANO, ARTURO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | 13-7599148 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/18/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/30/08 | {6} | RESURRECTION HEALTH CARE | SETTLEMENT OF MEDICAL NEGLIGENCE CLAIM | 1149-000 | 125,000.00 | | 125,000.00 |
| 05/30/08 | {6} | ISMIE MUTUAL INSURANCE COMPANY | SETTLEMENT OF MEDICAL NEGLIGENCE CLAIM | 1149-000 | 250,000.00 | | 375,000.00 |
| 06/10/08 | | To Account #********2866 | TRANSFER FUNDS/PAY ATTORNEY AND LIEN HOLDERS | 9999-000 | | 120,118.29 | 254,881.71 |
| 06/12/08 | 1001 | ARTURO LUEVANO | EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 239,881.71 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 110.34 | | 239,992.05 |
| 07/24/08 | | To Account #********2866 | | 9999-000 | | 1,000.00 | 238,992.05 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 111.92 | | 239,103.97 |
| | | | **ACCOUNT TOTALS** | | 375,222.26 | 136,118.29 | **$239,103.97** |
| | | | Less: Bank Transfers | | 0.00 | 121,118.29 | |
| | | | **Subtotal** | | 375,222.26 | 15,000.00 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$375,222.26** | **$0.00** | |

{} Asset reference(s)  Printed: 08/18/2008 11:16 AM  V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 07B-05211 BWB  
**Case Name:** LUEVANO, ARTURO  

**Taxpayer ID #:** 13-7599148  
**Period Ending:** 08/18/08  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*28-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/10/08 |  | From Account #\*\*\*\*\*\*\*\*2865 | TRANSFER FUNDS/PAY ATTORNEY AND LIEN HOLDERS | 9999-000 | 120,118.29 |  | 120,118.29 |
| 06/10/08 | 101 | POWERS ROGERS & SMITH, PC AND LAW OFC. OF C. VICTORIA ALMEID | ATTORNEYS FEES | 3210-600 |  | 106,250.00 | 13,868.29 |
| 06/10/08 | 102 | POWERS ROGERS & SMITH, PC | REIMBURSEMENT OF EXPENSES<br>Voided on 06/11/08 | 3220-610 |  | 9,405.43 | 4,462.86 |
| 06/10/08 | 103 | THE RAWLINGS CO | PAYMENT OF LIEN IN MEDICAL MALPRACTICE CASE<br>Voided on 06/11/08 | 4220-000 |  | 1,934.58 | 2,528.28 |
| 06/10/08 | 104 | ILLINOIS COLLECTION SERVICES, INC. | PAYMENT OF LIEN IN MEDICAL MALPRACTICE CASE<br>Voided on 06/11/08 | 4220-000 |  | 1,000.00 | 1,528.28 |
| 06/10/08 | 105 | HEALTHCARE AND FAMILY SERVICES | PAYMENT OF LIEN IN MEDICAL MALPRACTICE CASE<br>Voided on 06/11/08 | 4220-000 |  | 1,528.28 | 0.00 |
| 06/11/08 | 102 | POWERS ROGERS & SMITH, PC | REIMBURSEMENT OF EXPENSES<br>Voided: check issued on 06/10/08 | 3220-610 |  | -9,405.43 | 9,405.43 |
| 06/11/08 | 103 | THE RAWLINGS CO | PAYMENT OF LIEN IN MEDICAL MALPRACTICE CASE<br>Voided: check issued on 06/10/08 | 4220-000 |  | -1,934.58 | 11,340.01 |
| 06/11/08 | 104 | ILLINOIS COLLECTION SERVICES, INC. | PAYMENT OF LIEN IN MEDICAL MALPRACTICE CASE<br>Voided: check issued on 06/10/08 | 4220-000 |  | -1,000.00 | 12,340.01 |
| 06/11/08 | 105 | HEALTHCARE AND FAMILY SERVICES | PAYMENT OF LIEN IN MEDICAL MALPRACTICE CASE | 4220-000 |  | -1,528.28 | 13,868.29 |

**Subtotals :**   $120,118.29   $106,250.00

{} Asset reference(s)

Printed: 08/18/2008 11:16 AM   V.10.54

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07B-05211 BWB  
**Case Name:** LUEVANO, ARTURO  

**Taxpayer ID #:** 13-7599148  
**Period Ending:** 08/18/08  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*28-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 06/10/08 | | | | |
| 06/11/08 | 106 | POWER, ROGERS & SMITH, PC | REIMBURSEMENT OF COSTS TO SPECIAL COUNSEL | 3220-610 | | 10,192.93 | 3,675.36 |
| 07/24/08 | | From Account #\*\*\*\*\*\*\*\*2865 | | 9999-000 | 1,000.00 | | 4,675.36 |
| 07/24/08 | 107 | THE RAWLINGS CO | PAYMENT OF SECURED LIEN IN MALPRACTICE CASE | 4220-000 | | 1,934.58 | 2,740.78 |
| 07/24/08 | 108 | ST MARY OF NAZARETH HOSPITAL/ILLINOIS COLLECTION SVC | PAYMENT OF SECURED LIEN IN MEDICAL MALPRACTICE CASE | 4220-000 | | 1,000.00 | 1,740.78 |
| 07/24/08 | 109 | HEALTHCARE & FAMILY SERVICES | PAYMENT OF SECURED CLAIM | 4220-000 | | 1,528.28 | 212.50 |
| | | | **ACCOUNT TOTALS** | | 121,118.29 | 120,905.79 | $212.50 |
| | | | Less: Bank Transfers | | 121,118.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 120,905.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$120,905.79** | |

{} Asset reference(s)   Printed: 08/18/2008 11:16 AM   V.10.54

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 07B-05211 BWB | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| **Case Name:** | LUEVANO, ARTURO | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****28-66 - Checking Account |
| **Taxpayer ID #:** | 13-7599148 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 08/18/08 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
        Net Receipts :       375,222.26
  Less Payments to Debtor :   15,000.00
                            _____
        Net Estate :        $360,222.26
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****28-65** | 375,222.26 | 0.00 | 239,103.97 |
| **Checking # ***-*****28-66** | 0.00 | 120,905.79 | 212.50 |
| | $375,222.26 | $120,905.79 | $239,316.47 |

{} Asset reference(s)

Printed: 08/18/2008 11:16 AM    V.10.54

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LUEVANO, ARTURO<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-05211 BWB<br><br>JUDGE BRUCE W. BLACK |

**PROPOSED DISTRIBUTION REPORT**

I, <u>THOMAS B. SULLIVAN, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 14,311.18 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| Tardily-Filed Unsecured Claims: | $ 9,156.78 |
| Post-Petition Interest: | $ 635.71 |
| Surplus to Debtor: | $ 215,212.80 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>    $    239,316.47

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 14,311.18 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 10,500.47 | 10,500.47 |
| ADMIN2 | Grochocinski, Grochocinski & Lloyd, Ltd. | 3,780.00 | 3,780.00 |
| ADMIN3 | Grochocinski, Grochocinski & Lloyd, Ltd. | 30.71 | 30.71 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

| | | | |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| **6.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| **7.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| **8.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| **9.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL | $ 0.00 |

| **10.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|

| | | | |
|---|---|---:|---:|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |
| **CLAIM** | | **ALLOWED** | **PROPOSED** |
| **NUMBER** | **CREDITOR** | **REQUESTED** | **ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **11.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |
| **CLAIM** | | **ALLOWED** | **PROPOSED** |
| **NUMBER** | **CREDITOR** | **REQUESTED** | **ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |
| **CLAIM** | | **ALLOWED** | **PROPOSED** |
| **NUMBER** | **CREDITOR** | **REQUESTED** | **ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **13.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 0.00 | 0.00% |
| **CLAIM** | | **ALLOWED** | **PROPOSED** |
| **NUMBER** | **CREDITOR** | **REQUESTED** | **ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |
| **CLAIM** | | **ALLOWED** | **PROPOSED** |
| **NUMBER** | **CREDITOR** | **REQUESTED** | **ALLOWANCE** |
| | TOTAL | $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---:|---:|
| §726(a)(3) - Late unsecured claims | | $ 9,156.78 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| 001 | HBLC, INC. | 9,156.78 | 9,156.78 |
| | TOTAL $ | | 9,156.78 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | TOTAL $ | | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(5) - Interest | $ 635.71 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| 001I | HBLC, INC. | 635.71 | 635.71 |
| | TOTAL $ | | 635.71 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(6) - Surplus to Debtor | $ 215,212.80 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| SURPLUS | LUEVANO, ARTURO | 215,212.80 | 215,212.80 |
| | TOTAL $ | | 215,212.80 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true

and correct.


DATED: _____        _____
                                     THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 3,780.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 30.71 | |
| | | | 3,810.71 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 3,810.71 | $ 3,810.71 |

1