**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LUEVANO, ARTURO<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07B-05211 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Will County Court Annex
          57 N. Ottawa St., Courtroom 201
          Joliet, Illinois 60432

    on:   **November 7, 2008**
    at:   **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $        375,222.26

    b. Disbursements                         $        135,905.79

    c. Net Cash Available for Distribution   $        239,316.47

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $10,500.47 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $3,780.00 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | $30.71 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $9,156.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | HBLC, INC. | $ 9,156.78 | $ 9,156.78 |
| 001I | HBLC, INC. | $ 635.71 | $ 635.71 |
| SURPLUS | LUEVANO, ARTURO | $ 215,212.80 | $ 215,212.80 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no

       objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: books and records of the debtor and 2005 Chevrolet.

Dated: October 9, 2008        For the Court,

       **KENNETH S. GARDNER**
       Kenneth S. Gardner
       Clerk of the U.S. Bankruptcy Court
       219 S. Dearborn Street; 7th Floor
       Chicago, IL  60604

Trustee:   THOMAS B. SULLIVAN, TRUSTEE
Address:   1900 RAVINIA PLACE
             ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | | |
|---|---|---|
| IN RE: | | CHAPTER 7 CASE |
| LUEVANO, ARTURO | | |
| | | CASE NO. 07B-05211 BWB |
| | | JUDGE BRUCE W. BLACK |
| | Debtor(s) | |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 10,500.47 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 10,500.47 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 3,780.00 |
| | b. Expenses | $ | 30.71 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses                                    $_____0.00

3.    Other Professionals

                                           TOTAL        $_____3,810.71

     IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200__.

                          ENTERED   _____

                                           BRUCE W. BLACK
                                           UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Oct 09, 2008
Case: 07-05211                 Form ID: pdf002              Total Served: 12

The following entities were served by first class mail on Oct 11, 2008.
db           +Arturo Luevano,   2507 Lockner Blvd.,   Joliet, IL 60431-1021
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Stephen J West,   Law Offices Of Stephen J West,   628 Columbus Dr Rm 102,
               Ottawa, IL 61350-2933
tr           +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
11278979     ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit,   POB 183853,   Arlington, TX  76096)
11257435     ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Service,   PO Box 183593,
               Arlington, TX 76096-3593)
11257436      AT&T Wireless,   % NCO Financial Systems, Inc.,   PO Box 41421; Dept. #37,
               Philadelphia, PA 19101-4142
11257437      Chicago Dept. of Revenue,   Remittance Center,   PO Box 88292,   Chicago, IL 60680-1292
11257438     +Discover Card Financial,   % Collectcorp Corp.,   300 International Dr.; Suite 100,
               Williamsville, NY 14221-5783
11257439     +HBLC, Inc.,   % Steven J. Fink & Assoc, P.C.,   25 E. Washington; Suite 1233(a),
               Chicago, IL 60602-1708
12141236     +HBLC, Inc.,   c/o Steven J. Fink,   25 E. Washington St.,   Suite 1233,   Chicago, IL 60602-1876
11257440      Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0500

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Grochocinski, Grochocinski and LLyod Ltd
aty           Victoria Almeida
                                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2008**                **Signature:**   *Joseph Speetjens*